TERRY LYNN STROH, APPELLANT, V. ARLENE JEANNE STROH, APPELLEE.

455 N.W.2d 787

Filed May 25, 1990.   No. 88-702.

Ronald A. Ruff, of Ruff & Florom Attorneys, for appellant.

George E. Clough, of Clough Law Office, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Based on the briefs and recommendation of the Appellate Division of the District Court, and upon a de novo review of the record, the judgment of the district court is modified as set forth in the recommendation of the Appellate Division of the District Court.

AFFIRMED AS MODIFIED.